MILTON SCHOTTENFELD v. MINA SCHOTTENFELD.

November 16, 1982.

Petition for certification denied.

MILTON SCHOTTENFELD v. MINA SCHOTTENFELD.

November 16, 1982.

Cross-petition for certification denied.

STATE OF NEW JERSEY v. ALDEN BOYCE, JR.

November 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. ALDEN BOYCE, JR.

November 16, 1982.

Petition for certification denied.

GLOUCESTER COUNTY WELFARE BOARD v. STATE OF NEW JERSEY.

November 16, 1982.

Petition for certification granted.